WILLARD J. UNKENHOLZ, Respondent, v. KUCIEL HURWITZ and Another, Appellants.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM VAN TINE, Respondent, v. 42 EAST 11TH STREET HOTEL CORPORATION and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ALEXANDER WALLMULLER, Respondent, v. LINDLEY M. GARRISON, as Receiver of BROOKLYN RAPID TRANSIT COMPANY, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the physician did not furnish to the employer and the Industrial Commissioner a report of the injury and treatment on the form prescribed by the Industrial Commissioner, as required by section 13 of Workmen's Compensation Law. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JERRY WARREN, Respondent, v. NATIONAL FOUNDRY COMPANY and Another, Appellants.— Matter remitted to the State Industrial Board for the purpose of taking further evidence and particularly with reference to the introduction in evidence of the alleged original employer's report and its contents.

WILLIAM R. WATSON, as Administrator, etc., of BESSIE L. WATSON, Deceased, Respondent, v. ROBERT B. TROMBLEE, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. ANTHONY WEISS, Respondent, v. WICKWIRE SPENCER STEEL CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EMMA WEITLAUFF, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH WEST, Respondent, v. MERGENTHALER LINOTYPE COMPANY and Another, Appellants.— Award reversed, and matter remitted to the State Industrial Board. All concur.

FLOYD E. WHITE, Respondent, v. MAURICE J. KATZ, as Executor, etc., of BERTHA KUENNEKE, Deceased, Appellant.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR E. WHITEHOUSE, Respondent, v. POUGHKEEPSIE FOUNDRY AND MACHINE COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MERRITT WIGGINS, Respondent, v. NEW YORK SAND FACING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.